**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ROJAS,<br>Plaintiff,<br>v.<br>ARAMARK COMPANY, et al.,<br>Defendants. | No. 2:26-cv-03394-ICD<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's complaint. See ECF No. 1.

"Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'" Adams v. Cal. Dep't of Health Servs., 487 F.3d 684, 688 (9th Cir. 2007), overruled on other grounds by Taylor v. Sturgell, 553 U.S. 880, 904 (2008) (quoting Walton v. Eaton Corp., 563 F.2d 66, 70 (3d Cir. 1977) (en banc)). "[I]n assessing whether the second action is duplicative of the first, we examine whether the causes of action and relief sought, as well as the parties or privies to the action, are the same." Id. at 689.

This action is almost identical to Plaintiff's previously filed case, Rojas v. Aramark Company, et al., 2:26-cv-03366-ICD. In particular, the parties listed within the complaint are identical, the claims are identical, and the relief sought is identical. Where there are changes that Plaintiff wishes the Court to note, these can be added by the Plaintiff in an amended complaint to the first action. The Court will recommend dismissal of this later-in-time filed action.

/ / /

/ / /

Based on the foregoing, the undersigned orders and recommends as follows:

1. It is ORDERED that the Clerk of the Court randomly assign a District Judge to this case.
2. It is RECOMMENDED that this action be dismissed as duplicative of Rojas v. Aramark Company, et al., 2:26-cv-03366-ICD and any pending motions be denied as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 15, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE