**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ROJAS,<br>Plaintiff,<br>v.<br>ARAMARK COMPANY, et al.,<br>Defendants. | No. 2:26-cv-3394-DC-ICD-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal. ECF No. 5. Because no answer or motion for summary judgment has been filed, leave of Court is not required and the action is dismissed on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: October 22, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE